



**Holiday Inn Express Scottsburg**
200 Beechwood Drive, Scottsburg, IN 47170, United States
Hotel Front Desk: 1-812-7520000
Hotel Fax: 1-812-7528173

Confirmation Number:
Room Number:
Check-in Date:     Aug-11-2017
Check-out Date:    Aug-13-2017

**Paul Kratzer**

Folio Number: **155169**

| Date | Description | Amount (USD) |
|---|---|---:|
| Aug-11-2017 | Room Accommodation | 104.50 |
| Aug-11-2017 | State Tax - Room | 7.32 |
| Aug-11-2017 | Bed/Occupancy Room Tax | 5.23 |
| Aug-11-2017 | Enviromental Fee | 2.99 |
| Aug-12-2017 | Room Accommodation | 104.50 |
| Aug-12-2017 | State Tax - Room | 7.32 |
| Aug-12-2017 | Bed/Occupancy Room Tax | 5.23 |
| Aug-12-2017 | Enviromental Fee | 2.99 |
| Aug-13-2017 |  | -240.08 |

**Terms and Conditions**
The electronic version of your final hotel bill will be available within 24 hours of your check-out time. The bill will reflect any charges made through 11pm on your check-out date. Any adjustments after that time may not be shown. The hotel retains official records of all charges and credits to your account and will only honor those records. Most hotels are independently owned and/or operated.

Hotel bills will be available for up to 6 months following your stay. You will continue to receive a paper copy of your bill upon check-out.





Holiday Inn Express Scottsburg
200 Beechwood Drive, Scottsburg, IN 47170, United States
Hotel Front Desk: 1-812-7520000
Hotel Fax: 1-812-7528173

Confirmation Number:
Room Number:
Check-in Date:        May-19-2017
Check-out Date:       May-20-2017

**Paul Kratzer**

Folio Number: **151929**

| Date | Description | Amount (USD) |
|---|---|---|
| May-19-2017 | Room Accommodation | 113.05 |
| May-19-2017 | State Tax - Room | 7.91 |
| May-19-2017 | Bed/Occupancy Room Tax | 5.65 |
| May-19-2017 | Enviromental Fee | 2.99 |
| May-20-2017 |  | -129.60 |

**Terms and Conditions**
The electronic version of your final hotel bill will be available within 24 hours of your check-out time. The bill will reflect any charges made through 11pm on your check-out date. Any adjustments after that time may not be shown. The hotel retains official records of all charges and credits to your account and will only honor those records. Most hotels are independently owned and/or operated.

Hotel bills will be available for up to 6 months following your stay. You will continue to receive a paper copy of your bill upon check-out.