

| | | | | | |
|---|---|---|---|---|---|
| **Paul Kratzer** | Folio No. | : **156967** | Room No. | : | |
| | A/R Number | : | Arrival | : | **09-23-17** |
| | Group Code | : | Departure | : | **09-24-17** |
| | Company | : **Personal** | Conf. No. | : | **67618495** |
| | Membership No. | : | Rate Code | : | **IDME2** |
| | Invoice No. | : | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-23-17 | Deposit Transfer at Check-In | | 127.59 |
| | Advanced Deposit IHG Rate | | |
| 09-23-17 | *Accommodation | 111.25 | |
| 09-23-17 | State Tax - Room | 7.79 | |
| 09-23-17 | Bed/Occupancy Room Tax | 5.56 | |
| 09-23-17 | Enviromental Fee | 2.99 | |

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

| | | |
|---|---|---|
| **Total** | **127.59** | **127.59** |
| **Balance** | **0.00** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Independently Owned and Operated by Scott Hotel Group LLC
Holiday Inn Express Hotel & Suites
200 S. Beechwood Avenue
Scottsburg, IN 47170
Telephone: (812) 752-0000  Fax: (812) 752-8173