UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

PAUL KRATZER, Individually and on )
Behalf of All Others Similarly Situated, )
        Plaintiff, )
         )
    v. ) Cause No. 4:17-cv-212-TWP-DML
         )
SCOTT HOTEL GROUP, LLC, )
        Defendant. )

## ANSWER TO COMPLAINT

  Comes now the Defendant, Scott Hotel Group, LLC, by counsel, and for its Answer to Plaintiff's Complaint states as follows:

### Introduction

  1. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint.

### Jurisdiction and Venue

  2. Paragraph 2 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

  3. Paragraph 3 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

  4. Paragraph 4 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 4 of Plaintiff's Complaint.

## Factual Allegations

5. Defendant admits that it owns and operates a hotel that does business in Indiana and holds itself out to the public under the name "Holiday Inn Express" but denies the remaining allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Defendant denies the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendant denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. Defendant denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendant denies the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Defendant denies the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendant denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Defendant denies the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Defendant denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Defendant denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Defendant denies the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Defendant denies the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. Defendant denies the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Defendant denies the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Defendant denies the allegations contained in paragraph 29 of Plaintiff's Complaint.

30. Defendant denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Defendant denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Defendant denies the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Defendant admits that the language of Exhibits A and B speak for themselves and denies the remaining allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Defendant denies the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Defendant admits that the language of Exhibits A and B speak for themselves and denies the remaining allegations contained in paragraph 36 of Plaintiff's Complaint.

37. Defendant admits that the language of Exhibits A speak for itself and denies the remaining allegations contained in paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations contained in paragraph 38 of Plaintiff's Complaint.

39. Defendant denies the allegations contained in paragraph 39 of Plaintiff's Complaint.

40. Defendant denies the allegations contained in paragraph 40 of Plaintiff's Complaint.

41. Defendant denies the allegations contained in paragraph 41 of Plaintiff's Complaint.

42. Defendant denies the allegations contained in paragraph 42 of Plaintiff's Complaint.

43. Defendant denies the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. Defendant denies the allegations contained in paragraph 44 of Plaintiff's Complaint.

45. Defendant denies the allegations contained in paragraph 45 of Plaintiff's Complaint.

46. Defendant denies the allegations contained in paragraph 46 of Plaintiff's Complaint.

47. Defendant denies the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. Defendant denies the allegations contained in paragraph 48 of Plaintiff's Complaint.

49. Defendant denies the allegations contained in paragraph 49 of Plaintiff's Complaint.

50. Defendant denies the allegations contained in paragraph 50 of Plaintiff's Complaint.

51. Defendant denies the allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Defendant denies the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Defendant denies the allegations contained in paragraph 53 of Plaintiff's Complaint.

54. Defendant denies the allegations contained in paragraph 54 of Plaintiff's Complaint.

55. Defendant denies the allegations contained in paragraph 55 of Plaintiff's Complaint.

56. Defendant denies the allegations contained in paragraph 56 of Plaintiff's Complaint.

57. Defendant denies the allegations contained in paragraph 57 of Plaintiff's Complaint.

58. Defendant denies the allegations contained in paragraph 58 of Plaintiff's Complaint.

59. Defendant denies the allegations contained in paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations contained in paragraph 60 of Plaintiff's Complaint.

### Parties

61. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiff's Complaint.

62. Defendant admits the allegations contained in paragraph 62 of Plaintiff's Complaint including that the hotel is identified as a Holiday Inn Express.

### Facts

63. Defendant denies the allegations contained in paragraph 63 of Plaintiff's Complaint.

64. Defendant admits that Plaintiff called the Holiday Inn Express on September 19, 2017, and Defendant thereafter refunded the Environmental Fee charged to Plaintiff for his stays on May 19, 2017, and August 11 and 12, 2017. Defendant further admits that Plaintiff was advised of and acknowledged the Environmental Fee prior to his stay on September 23, 2017, and was charged the same but it was later refunded. Defendant is without information sufficient to form a belief as to the truth of the remaining allegations in paragraph 64 of Plaintiff's Complaint.

65. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiff's Complaint.

## Class Allegations

66. Paragraph 66 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 66 of Plaintiff's Complaint.

67. Paragraph 67 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 67 of Plaintiff's Complaint.

68. Paragraph 68 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 68 of Plaintiff's Complaint.

69. Paragraph 69 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 69 of Plaintiff's Complaint.

70. Paragraph 70 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 70 of Plaintiff's Complaint.

71. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of Plaintiff's Complaint.

72. Paragraph 72 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 72 of Plaintiff's Complaint.

73. Paragraph 73 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 73 of Plaintiff's Complaint.

74. Paragraph 74 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 74 of Plaintiff's Complaint.

75. Paragraph 75 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 75 of Plaintiff's Complaint.

76. Paragraph 76 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 76 of Plaintiff's Complaint.

77. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of Plaintiff's Complaint.

78. Defendant denies the allegations contained in paragraph 78 of Plaintiff's Complaint.

79. Defendant denies the allegations contained in paragraph 79 of Plaintiff's Complaint.

80. Defendant denies the allegations contained in paragraph 80 of Plaintiff's Complaint.

## Counts
### First Cause of Action
### Violation of Ind. Code Ann. §24-5-0.5-1, *et seq.*
### The Indiana Consumer Protection Act

81. Defendant incorporates herein by reference its answers to paragraphs 1 through 80 of Plaintiff's Complaint.

82. Defendant admits that the statute speaks for itself.

83. Defendant admits that the statute speaks for itself.

84. Defendant denies the allegations contained in paragraph 84 of Plaintiff's Complaint.

85. Paragraph 85 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 85 of Plaintiff's Complaint.

86. Paragraph 86 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 86 of Plaintiff's Complaint.

87. Paragraph 87 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 87 of Plaintiff's Complaint.

88. Defendant denies the allegations contained in paragraph 88 of Plaintiff's Complaint.

89. Defendant denies the allegations contained in paragraph 89 of Plaintiff's Complaint.

90. Defendant denies the allegations contained in paragraph 90 of Plaintiff's Complaint.

91. Defendant denies the allegations contained in paragraph 91 of Plaintiff's Complaint.

92. Defendant denies the allegations contained in paragraph 92 of Plaintiff's Complaint.

93. Defendant denies the allegations contained in paragraph 93 of Plaintiff's Complaint.

94. Defendant denies the allegations contained in paragraph 94 of Plaintiff's Complaint.

95. Defendant denies the allegations contained in paragraph 95 of Plaintiff's Complaint.

96. Defendant denies the allegations contained in paragraph 96 of Plaintiff's Complaint.

97. Defendant denies the allegations contained in paragraph 97 of Plaintiff's Complaint.

98. Defendant denies the allegations contained in paragraph 98 of Plaintiff's Complaint.

99. Defendant denies the allegations contained in paragraph 99 of Plaintiff's Complaint.

100. Defendant denies the allegations contained in paragraph 100 of Plaintiff's Complaint.

101. Paragraph 101 asserts a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 101 of Plaintiff's Complaint.

102. Defendant denies the allegations contained in paragraph 102 of Plaintiff's Complaint.

103. Defendant denies the allegations contained in paragraph 103 of Plaintiff's Complaint.

104. Defendant denies the allegations contained in paragraph 104 of Plaintiff's Complaint.

105. Defendant denies the allegations contained in paragraph 105 of Plaintiff's Complaint.

106. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of Plaintiff's Complaint.

107. Defendant denies the allegations contained in paragraph 107 of Plaintiff's Complaint.

108. Defendant denies the allegations contained in paragraph 108 of Plaintiff's Complaint.

109. Defendant denies the allegations contained in paragraph 109 of Plaintiff's Complaint.

110. Defendant denies the allegations contained in paragraph 110 of Plaintiff's Complaint.

111. Defendant denies the allegations contained in paragraph 111 of Plaintiff's Complaint.

**Second Cause of Action**
**Breach of Contract**

112. Defendant incorporates herein by reference its answers to paragraphs 1 through 111 of Plaintiff's Complaint.

113. Paragraph 113 fails to provide specificity as to the "valid and enforceable contract" and therefore Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of Plaintiff's Complaint.

114. Paragraph 114 fails to provide specificity as to the "agreements" and therefore Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of Plaintiff's Complaint.

115. Defendant denies the allegations contained in paragraph 115 of Plaintiff's Complaint.

116. Defendant denies the allegations contained in paragraph 116 of Plaintiff's Complaint.

117. Defendant denies the allegations contained in paragraph 117 of Plaintiff's Complaint.

118. Defendant denies that Exhibit B is an invoice from a check out and therefore denies the allegations in paragraph 118 of Plaintiff's Complaint.

119. Defendant is without information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of Plaintiff's Complaint.

120. Defendant denies the allegations contained in paragraph 120 of Plaintiff's Complaint.

121. Defendant denies the allegations contained in paragraph 121 of Plaintiff's Complaint.

122. Defendant denies the allegations contained in paragraph 122 of Plaintiff's Complaint.

123. Defendant denies the allegations contained in paragraph 123 of Plaintiff's Complaint.

### Third Cause of Action
### Fraud/Misrepresentation

124. Defendant incorporates herein by reference its answers to paragraphs 1 through 123 of Plaintiff's Complaint.

125. Defendant denies the allegations contained in paragraph 125 of Plaintiff's Complaint.

126. Defendant denies the allegations contained in paragraph 126 of Plaintiff's Complaint.

127. Defendant denies the allegations contained in paragraph 127 of Plaintiff's Complaint.

128. Defendant denies the allegations contained in paragraph 128 of Plaintiff's Complaint.

129. Defendant denies the allegations contained in paragraph 129 of Plaintiff's Complaint.

130. Paragraph 130 asserts, in part, a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations contained in paragraph 130 of Plaintiff's Complaint.

### Fourth Cause of Action
### Unjust Enrichment
### (In the Alternative to Breach of Contract)

131. Defendant incorporates herein by reference its answers to paragraphs 1 through 131 of Plaintiff's Complaint.

132. Defendant denies the allegations contained in paragraph 132 of Plaintiff's Complaint.

133. Defendant denies the allegations contained in paragraph 133 of Plaintiff's Complaint.

134. Defendant denies the allegations contained in paragraph 134 of Plaintiff's Complaint.

WHEREFORE, Defendant requests that Plaintiff take nothing by way of his Complaint and that judgment be entered in favor of Defendant on Plaintiffs' Complaint, for an award of attorneys' fees to Defendant pursuant to I.C. 34-52-1-1(b) and other available bases, and for all other just and proper relief.

## **Affirmative Defenses**

1. Lack of subject matter jurisdiction.

2. Waiver.

3. Estoppel.

4. Payment.

5. Failure to state a claim for relief.

6. No intent to deceive.

7. Full disclosure.

8. Reimbursement.

9. Lack of class certification basis under FRCP 23.

10. Economic loss doctrine.

11. Lack of an independent tort.

Respectfully submitted,

*s/ Robert L. Burkart*
Patrick A. Shoulders #308-82
Robert L. Burkart #16664-82
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, 9th Floor
P. O. Box 916
Evansville, Indiana   47706
Tel. No. (812) 424-7575
Fax No. (812) 421-5089
E-mail: pshoulders@zsws.com
rburkart@zsws.com

Attorneys for the Defendant.

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of January, 2018, a copy of the foregoing **Answer to Plaintiff's Complaint** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jasper D. Ward IV
Alex C. Davis
Ashton Rose Smith
JONES WARD PLC
jasper@jonesward.com
alex@jonesward.com
ashton@jonesward.com

*s/ Robert L. Burkart*
Robert L. Burkart

h:\litig\scott hotel group\pleadings\answer.docx