UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PAUL KRATZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-cv-00212-TWP-DML |
| ) | |
| SCOTT HOTEL GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## Order to Show Cause

The plaintiff's jurisdictional statement (Dkt. 12) is not sufficient to enable the court to determine it has subject matter jurisdiction under 28 U.S.C. § 1332(d). In particular, it does not (1) properly set forth the citizenship of the defendant under governing law, and (2) provide a reasonable basis for the assertion that the amount in controversy exceeds $5,000,000.

The defendant is directed to provide to plaintiff, within 14 days of this order, the citizenship of each of the member of the LLC (as citizenship is to be determined under federal law for diversity purposes). The plaintiff is directed to complete any further investigation and discovery necessary to address the issues identified above and to file a second supplemental jurisdictional statement by March 15, 2018.

So ORDERED.

Date: 2/5/2018

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system