UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PAUL KRATZER, Individually and on Behalf of All Others Similarly Situated,<br>        Plaintiff,<br><br>    v.<br><br>SCOTT HOTEL GROUP, LLC,<br>        Defendant. | Cause No. 4:17-cv-212-TWP-DML |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE

Defendant hereby gives notice to the Court that it has complied with the Order to Show Cause to the extent of information in its possession. Defendant has provided Plaintiff with the name of each member, the address of each member and the contact person for each member. Defendant does not maintain information as to each member relative to citizenship under Federal law for diversity purposes.

Defendant has also provided Plaintiff with the Purchase and Sale Agreement evidencing that Defendant purchased the hotel in question on July 21, 2017. The Purchase Agreement further evidences that Defendant did not assume liabilities of the prior owner of the hotel with respect to pre-closing claims, including any claim relating to the environmental fee charged by the prior owner. As noted on its website, Defendant's hotel in question has 79 rooms and assuming that each room was occupied and charged the $2.99 environmental fee, it would take approximately 58 years to generate $5,000,000 to satisfy the class action jurisdictional threshold. Defendant owned the hotel for approximately 116 days before Plaintiff filed his lawsuit. Thus, Defendant has complied with the Court's Order to Show Cause in good faith and to the extent of information it possesses.

Respectfully submitted,

*s/Robert L. Burkart*
Patrick A. Shoulders #308-82
Robert L. Burkart #16664-82
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, 9th Floor
P. O. Box 916
Evansville, Indiana 47706
Tel. No. (812) 424-7575
Fax No. (812) 421-5089
E-mail: pshoulders@zsws.com
rburkart@zsws.com

Attorneys for the Defendant.

## CERTIFICATE OF SERVICE

I certify that on the 6th day of February, 2018, a copy of the foregoing **Notice of Compliance with Order to Show Cause** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jasper D. Ward IV
Alex C. Davis
JONES WARD PLC
jasper@jonesward.com
alex@jonesward.com


*s/ Robert L. Burkart*
Robert L. Burkart