UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Civil Action No. 4:17-cv-00212-TWP-DML

**PAUL KRATZER, Individually
and on Behalf of All Others Similarly
Situated,**                                                                                  **PLAINTIFF**

**V.**

**SCOTT HOTEL GROUP, LLC,**                                                **DEFENDANT**

\*\*\* \*\*\* \*\*\* \*\*\*

### SUPPLEMENTAL JURISDICTIONAL STATEMENT

Comes now Plaintiff, Paul Kratzer, by and through counsel, and hereby submits this Supplemental Jurisdictional Statement pursuant to this Court's February 5, 2018 Order. In support of this Statement, Plaintiff States as follows:

1. Plaintiff is now and at all times relevant to this action, a natural person and a citizen and resident of the State of Kentucky, residing in Jefferson County, Kentucky.

2. Defendant Scott Hotel Group, LLC (hereinafter "Scott Hotel Group"), is a foreign limited liability company authorized to do business in the State of Indiana.

3. Scott Hotel Group is organized under the laws of the State of Delaware with its principal place of business in Scottsburg, Indiana, located at 200 South Beechwood Avenue, Scottsburg, Indiana 47170.

4. Plaintiff reasonably believes the parties are diverse. However, confirmation of the same is not possible without specific documentation being provided by non-party members of Scott Hotel Group.

5. The exact amount in controversy is unknowable without specific documentation of the same being provided by Defendant.

6. At the time of filing of this case, Plaintiff reasonably believed the amount in controversy was more than $5,000,000 because of the number of hotels owned by Defendant, the length of time the fee at issue had been charged to travelers without sufficient warning or justification, and the size of the hotels at issue.

7. However, based upon information shared by counsel for Defendant that was not publicly available at the time of the filing of this case, it appears the amount in controversy is more likely below $5,000,000.00.

8. Therefore, Plaintiff does not wish to expend the parties and this Court's resources litigating the amount in controversy and will seek remand from this Court at the earliest opportunity.

Wherefore, based on the possibility that the amount in controversy may not meet the requirements for this Court to have subject matter jurisdiction over this action pursuant to the Class Action Fairness Act, and in the interest of judicial economy, Plaintiff does not oppose remanding this action to Indiana State Court in Scott County.  Plaintiff has communicated this to counsel for Defendant, and sought an agreed remand.  Alternatively, Plaintiff asks that this Court dismiss the case, without prejudice and with all sides to bear their own costs, so that Plaintiff may refile the same in Indiana State Court.


Dated: March 15, 2018

Respectfully Submitted,

**JONES WARD PLC**

*s/ Jasper D. Ward IV*_____
Jasper D. Ward IV
Alex C. Davis
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
Tel. (502) 882-6000
Fax (502) 587-2007
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day filed a true and correct copy of the above document with the Clerk of the Court in accordance with the Court's Rules on Electronic Service, which caused notification of filing to be sent to all counsel of record.

  This 15th day of March 2018.

*s/Jasper D. Ward IV*
Jasper D. Ward IV