UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
August 29, 2019

| | |
|---|---|
| PAUL KRATZER, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT HOTEL GROUP, LLC,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Cause No. 4:17-cv-212-TWP-DML<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate as follows:

1.　　The Parties have each considered the uncertainties of further litigation, trial, and potential appeals in this matter; the costs, risks, and delays associated with the litigation process; and the benefits of the proposed settlement; and the Parties have entered into a settlement agreement to resolve their disputes.

2.　　Defendant does not admit any liability or wrongdoing of any kind and, to the contrary, disputes all claims and allegations in Plaintiff's Complaint.

3.　　Pursuant to the settlement agreement, the Parties hereby stipulate and agree to the dismissal with prejudice of the Plaintiff's individual claims and without prejudice as to the claims of the putative class.

4.　　The Parties will each bear their own fees and costs, including attorneys' fees.

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Robert L. Burkart*
      Patrick A. Shoulders #308-82
      Robert L. Burkart #16664-82
      20 NW First Street, 9th Floor
      PO Box 916
      Evansville, IN 47706-0916
      Tel. No. (812) 424-7575
      Fax No. (812) 421-5089
      pshoulders@zsws.com
      rburkart@zsws.com
      Attorneys for the Defendants

JONES & WARD

By: */s/ Jasper D. Ward, IV*
      Jasper D. Ward, IV
      The Pointe
      1205 E. Washington St., Suite 111
      Louisville, Kentucky 40206
      Tel. (502) 882-6000
      Fax (502) 584-2007
      jasper@jonesward.com

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing was electronically filed with the Court using the CM/ECF system on August 28, 2019 and notification of such filing was sent to all parties of record.

                                        /s/ *Jasper D. Ward, IV*
                                        Jasper D. Ward, IV